IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SYLVIA MICHAELSEN, | ) | |
| | ) | 4:04CV3299 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | EXTENSION OF TIME |
| JO ANN B. BARNHART, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Considering the Defendant's motion for extension of time (Filing # 25),

IT IS ORDERED:

1. The motion in filing 25 is granted and the previously established briefing schedule is amended as set forth below;

2. Defendant is granted until May 28, 2005, to serve a response to Plaintiff's Brief;

3. Plaintiff may submit a reply brief by June 13, 2005; and

4. This case shall be ripe for decision on June 14, 2005.

Dated this 17th day of May, 2005.         BY THE COURT:

                                          s/Richard G. Kopf
                                          United States District Judge