IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SYLVIA MICHAELSEN, | ) | 4:04CV3299 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for an extension of time for filing her reply brief (filing 28). I note that the motion contains typographical errors: the motion is dated February 28, 2005 and the certificate of service is dated January 18, 2005. I will grant the motion, but I caution Plaintiff's counsel to review the reply brief to avoid similar errors.

IT IS ORDERED that the motion in filing 28 is granted and Plaintiff may submit her reply brief on June 20, 2005.

June 13, 2005.                    BY THE COURT:

                                  s/Richard G. Kopf
                                  United States District Judge