IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SYLVIA MICHAELSEN, | ) |
| | ) |
| Plaintiff, | )   4:04cv3299 |
| | ) |
| v. | ) |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | )   ORDER |
| | ) |
| Defendant. | ) |

The Clerk's Office has requested that Document Number 30 be stricken from the record for the following reason(s):

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 30 from the record. The party is directed to re-file the document.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge